# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, and MIRAGE RESORTS, INC, a Nevada Corporation )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DOMINIC TORRINO, an individual, d/b/a )<br>BELLAGIO LIMOUSINES and )<br>GEORGIO STAMATIS MAILLIS, an )<br>individual, d/b/a BELLAGIO )<br>LIMOUSINES )<br>)<br>Defendants. )<br>_____) | 2:09-cv-02240-HDM-RJJ<br><br>**ORDER** |

Before the court is plaintiffs Bellagio, LLC and Mirage Resorts, Inc.'s motion to extend dispositive motion deadline (#35). Defendants shall have up to and including Friday, September 3, 2010, in which to file a response to plaintiffs' motion.

IT IS SO ORDERED.

DATED: August 26, 2010.

_____
UNITED STATES DISTRICT JUDGE