# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, and MIRAGE RESORTS, INC, a Nevada Corporation ) ) ) | |
| Plaintiffs, ) ) | 2:09-cv-02240-HDM-RJJ |
| vs. ) ) | |
| DOMINIC TORRINO, an individual, d/b/a ) BELLAGIO LIMOUSINES and ) GEORGIO STAMATIS MAILLIS, an ) individual, d/b/a BELLAGIO ) LIMOUSINES ) ) Defendants. ) ) | **ORDER** |

Plaintiffs Bellagio, LLC and Mirage Resorts, Inc. filed a motion to extend the dispositive motion deadline (#35) on August 24, 2010. Defendants were ordered to respond by Friday, September 3, 2010. They failed to do so.

Plaintiffs' motion to extend the dispositive motion deadline (#35) is hereby GRANTED. The parties shall have up to and including Monday, October 25, 2010, in which to file any dispositive motions.

IT IS SO ORDERED.

DATED: September 24, 2010.

_____
UNITED STATES DISTRICT JUDGE