UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BELLAGIO, LLC, and MIRAGE RESORTS, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DOMINIC TORRINO, etc., *et al*.,<br><br>  Defendant, | 2:09-cv-2240-HDM-RJJ<br><br>REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   This matter came before the Court on Plaintiffs' Motion For Sanctions (#34). Following a hearing held on the motion and a review of the case, the court makes the following findings:

   1.   Defendants have failed to respond to any discovery requested in this case.

   2.   Additionally, defendants failed to appear at the hearing on their counsel's Motion to Withdraw (#26) held on August 6, 2010. *See* Minutes of Proceedings (#33).

   3.   The Court granted the Motion to Withdraw (#26) because defendants failed to maintain contact with counsel.

   4.   The Court ordered the defendants to file a response to the Motion For Sanctions (#34) by September 3, 2010. *See*, Order (#36).  No response was filed.

   5.   The defendants failed to attend the hearing held on September 22, 2010, on the motion for sanctions. *See*, Minutes of Proceedings (#40).

   6.   The defendants have been served with notice of the various hearings and obligations imposed by the Court. No response has ever been received. It is

apparent that the defendants have abandoned their defense in this case.

Based on the foregoing and good cause appearing therefore,

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion For Sanctions (#34) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk shall strike the Answer to Complaint and Counterclaim (#6).

### RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that the court enter judgment in favor of the plaintiffs as requested. Plaintiffs shall submit a proposed order for judgment to the court by March 11, 2011.

DATED this   24th   day of February, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge