

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BELLAGIO, LLC, and MIRAGE RESORTS, INC, a Nevada Corporation

Plaintiffs,

vs.

DOMINIC TORRINO, an individual, d/b/a BELLAGIO LIMOUSINES and GEORGIO STAMATIS MAILLIS, an individual, d/b/a BELLAGIO LIMOUSINES

Defendants.

2:09-cv-02240-HDM-RJJ

**ORDER**

The court has considered the report and recommendation of the United States Magistrate Judge (#46) filed on February 24, 2011, in which the magistrate judge recommends that this court enter an order granting plaintiff's motion for sanctions (#34), striking defendants’ answer and counterclaim (#6), and entering a judgment

in favor of plaintiffs. No objections to the report and recommendation have been filed, and the time for filing any objections has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS IN PART the report and recommendation of the United States Magistrate Judge (#46).

Accordingly, IT IS ORDERED that the plaintiffs' motion for sanctions (#34) is GRANTED IN PART. The defendants' answer and counterclaim (#6) and amended answer and counterclaim (#13) are hereby STRICKEN.

IT IS ALSO ORDERED that a hearing on plaintiffs' proposed order for judgment (#47) filed on March 10, 2011 shall be scheduled for Wednesday, April 6, 2011, at 10 a.m.

IT IS SO ORDERED.

DATED: March 21, 2011.

UNITED STATES DISTRICT JUDGE