1

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

12
BELLAGIO, LLC, and MIRAGE
RESORTS, INC., a Nevada corporation,

13
          Plaintiffs,

14
v.

15
DOMINIC TORRINO, an individual, d/b/a
BELLAGIO LIMOUSINES and

16
GEORGIO STAMATIS MAILLIS, an

17
individual, d/b/a BELLAGIO
LIMOUSINES

18

19
          Defendants.

Case No.  2:09-cv-02240-HSM-RJJ

ORDER ON   **JUDGMENT**

20

21
      Plaintiffs Bellagio, LLC, and Mirage Resorts, Inc.'s (together, "Plaintiffs") Proposed

22
Order Approving Magistrate Judge's Report and Recommendation (Doc. 34) regarding judgment

23
against Defendants Dominic Torrino and Georgio Stamatis Maillis, both doing business and

24
Bellagio Limousines ("Defendants"), having come on for telephonic hearing before Judge

25
Howard D. McKibben on April 6, 2011, and good cause appearing, the Court hereby enters

26
judgment as follows:

27
///

28
///

1

IT IS HEREBY ORDER, ADJUDGED AND DECREED THAT:

A.    Defendants and their respective officers, agents, servants, employees and/or all persons acting in concert or participation with Defendants, are hereby permanently enjoined from:

    1.    using the BELLAGIO Marks (as defined in Plaintiff's Complaint in this action) or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever (including, but not limited to, on websites, in domain names, in hidden text and metatags); and

    2.    registering or trafficking in any domain names containing the BELLAGIO Marks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

B.    The domain name registrar Tucows. Inc. shall immediately transfer the <bellagiolimousines.com> domain name to Plaintiff Bellagio, LLC;

C.    Plaintiffs are hereby awarded statutory damages in the amount of $100,000 pursuant to 15 U.S.C. §1117(d); and

///
///
///
///
///
///
///
///
///
///
///

1

      D.     Plaintiffs are entitled to an award of attorney's fees in the amount of $26,030.83,

2

and costs to be verified and taxed by the Clerk of Court in

accordance with Federal Rule of Civil Procedure 54(d)(1) and

3

Local Rule 54-1.

4

5

*Howard D McKibben*

     UNITED STATES DISTRICT JUDGE

6

7

Dated: April 26, 2011

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28